**No. 09-9788. Cesar Quintero-Calle, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2137, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3253.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9791. Tiberino Mena-Hidlago, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2138, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3193.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9792. Frank Phillips, Petitioner v. United States.**

559 U.S. 1086, 130 S. Ct. 2138, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3162.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 361 Fed. Appx. 679.

**No. 09-781. Minnesota, Petitioner v. Danon Jason Russell.**

559 U.S. 1086, 130 S. Ct. 2094, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3216.

April 19, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-805. D. D., Petitioner v. New Jersey Division of Youth and Family Services ex rel. M. D. and K. D., Minors.**

559 U.S. 1086, 130 S. Ct. 2095, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3174.

April 19, 2010. Motion of respondents M.D. and K.D. for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-579. Sheldon Peters Wolfchild, et al., Petitioners v. United States, et al.**

559 U.S. 1086, 130 S. Ct. 2090, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3190.

April 19, 2010. Motion of Historic Shingle Springs Miwok for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 559 F.3d 1228.

**No. 09-813. Wendy Gennimi, Petitioner v. Town of Lewisboro, New York, et al.**

559 U.S. 1086, 130 S. Ct. 2095, 176 L. Ed. 2d 755, 2010 U.S. LEXIS 3164.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 333 Fed. Appx. 599.